1 **ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
Sacramento, California 95814
3  Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4
Attorney for Defendant
5  JACOB GERBER

6
## UNITED STATES DISTRICT COURT
7
## EASTERN DISTRICT OF CALIFORNIA
8

9
| UNITED STATES OF AMERICA, | ) | Mag. No. 08-231 GGH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION FOR SETTING |
| vs. | ) | OF STATUS CONFERENCE; STIPULATION AND |
| | ) | ORDER; EXCLUSION OF TIME |
| JACOB GERBER, | ) | UNDER SPEEDY TRIAL ACT |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Certified Law Clerk Anthony Storm, and defendant Jacob Gerber, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the dates previously set for trial confirmation hearing and jury trial in the above-captioned matter, September 15, 2008 and September 30, 2008, respectively, both at 10 a.m. in the courtroom of the Honorable Edmund F. Brennan, and to set the matter for status conference on September 19, 2008 at 2:00 p.m. in the courtroom of the Honorable Gregory G. Hollows.

The reason for this request is to allow the parties to choose new dates for trial confirmation hearing and jury trial in light of the fact that this matter has been reassigned to Magistrate Judge Hollows. The Court is advised that Mr. Storm concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the period for the filing of this stipulation until September 19, 2008 should be excluded in computing time for commencement of trial

under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective representation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendants in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: September 11, 008                    McGREGOR W. SCOTT
                                            United States Attorney

                                            By:      /s/ Anthony D. Storm
                                            ANTHONY D. STORM
                                            Certified Law Clerk

Dated: September 11 2008                          /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            JACOB GERBER

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the trial conformation hearing date of September 15, 2008 at 10:00 a.m., and the jury trial date of September 30, 2008 at 10:00 a.m., are VACATED and the above-captioned matter is set for status conference on September 19, 2008 at 2:00 p.m. The court finds excludable time in this matter through September 19, 2008 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: 09/12/08                             /s/ Gregory G. Hollows

gerber231.ord                               United States Magistrate Judge