1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES            Plaintiff,          No. 2:08-mj-0231 GGH

12                  vs.

13

14   JACOB LEE GERBER          Defendant.
     _____/

15

16          Defendant is authorized to subpoena the four witnesses identified in defendant

17   counsel's January 8, 2009 ex parte memorandum.  Counsel shall seek the subpoenas from the

18   Clerk and service/payment of fees therefore in accordance with 28 U.S.C. § 1825(a)(2).

19

20   IT IS SO ORDERED

21

22

23   DATED: January 9, 2009
                                        /s/ Gregory G. Hollows
24                                      _____
                                        GREGORY G. HOLLOWS
25                                      UNITED STATES MAGISTRATE JUDGE

26

                                        1